**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1701**

_____

TRAVIS MCCRAE, a/k/a Travis McCrea,

Plaintiff - Appellant,

v.

TOYOTA FLORENCE, SC; CFO MATTHEW HOOLE,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Florence. Joseph Dawson, III, District Judge.  (4:24-cv-06220-JD)

_____

Submitted:  March 12, 2026                          Decided:  March 17, 2026

_____

Before WILKINSON and KING, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Travis McCrae, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Travis McCrae appeals the district court's orders accepting the recommendation of the magistrate judge and dismissing McCrae's civil action under 28 U.S.C. § 1915(e)(2)(B), and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we deny McCrae's motion for relief from the judgment and affirm the district court's orders. *McCrae v. Toyota Florence, S.C.*, No. 4:24-cv-06220-JD (D.S.C. Apr. 23 & Aug. 8, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*